**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Demetrios Pullos v. Akorn, Inc., et al.    Case Number: 1:17-cv-05026

An appearance is hereby filed by the undersigned as attorney for:
Demetrios Pullos

Attorney name (type or print): Christopher J. Kupka

Firm: Levi & Korsinsky, LLP

Street address: 30 Broad Street, 24th Floor

City/State/Zip: New York/New York/10004

Bar ID Number: 6309492
(See item 3 in instructions)

Telephone Number: 212-363-7500

Email Address: ckupka@zlk.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | ✓ | |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/14/2017

Attorney signature: S/ Christopher J. Kupka
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015